# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-12-00025-CV

**In re Jonathan Barnes**

### ORIGINAL PROCEEDING FROM HAYS COUNTY

### M E M O R A N D U M   O P I N I O N

Relator Jonathan Barnes is an incarcerated parent who filed a petition for writ of mandamus in this Court, complaining that the associate judge did not appoint an attorney for him in the underlying suit affecting the parent-child relationship or for his subsequent appeal.

Barnes's petition relies on a section of the family code concerning the appointment of attorneys in suits filed seeking termination of parental rights. *See* Tex. Fam. Code Ann. § 107.013 (West Supp. 2011). We have examined the record and determined that the Attorney General did not seek termination of Barnes's parental rights in the underlying suit, the court did not terminate Barnes's parental rights, and as Barnes acknowledges in his docketing statement, the case involved matters of child support and child custody. Section 107.013 of the family code does not entitle Barnes to appointment of counsel on these matters.

Relator's petition for writ of mandamus is denied. *See* Tex. R. App. P. 52.8(a).

_____

Jeff Rose, Justice

Before Chief Justice Jones, Justices Pemberton and Rose

Filed: February 24, 2012